The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Michael George Daggett,<br><br>Plaintiff,<br><br>v.<br><br>Regional Toxicology Services, LLC d/b/a Sterling Reference Laboratories and Rocky Mountain Tox, LLC d/b/a Cordant Health Solutions,<br><br>Defendants. | NO. C15-5565-RBL<br><br>**FILED UNDER SEAL**<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Pursuant to Local Civil Rule 83.2(b), Assistant United States Attorney ("AUSA") Pooja Faldu Davé hereby withdraws as an attorney of record in this lawsuit. The United States Attorney's Office for the Western District of Washington will continue to represent the United States of America in this matter, as AUSA Kayla Stahman will continue as counsel of record.

Service of all further process, pleadings, notices, documents or other papers for this matter, exclusive of original process, may be made upon the United States of America by serving the Office of the United States Attorney in accordance with the applicable rules.

NOTICE OF WITHDRAWAL – 1
C15-5565-RBL
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 3rd day of April, 2020.

Respectfully submitted,

TESSA M. GORMAN
Attorney for the United States, Acting Under Authority
Conferred by 28 U.S.C. § 515

/s/ Pooja Faldu Davé

POOJA FALDU DAVÉ, NYBA #5011804
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
E-mail: pooja.dave@usdoj.gov

NOTICE OF WITHDRAWAL – 2
C15-5565-RBL
FILED UNDER SEAL