The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Michael George Daggett,<br><br>Plaintiff,<br><br>v.<br><br>Regional Toxicology Services, LLC d/b/a Sterling Reference Laboratories and Rocky Mountain Tox, LLC d/b/a Cordant Health Solutions,<br><br>Defendants. | CASE NO. C15-5565-RBL<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States has filed an *Ex Parte* Motion for an Order Lifting the Seal, for the explicit purpose of settlement in this case in anticipation of the filing of a Stipulation of Dismissal. The Court is satisfied that lifting of the seal is not inconsistent with the seal provisions of the False Claims Act.

THEREFORE, IT IS HEREBY ORDERED that the United States' Motion for an Order Lifting the Seal shall be granted and the Complaint, this Order, and all other papers on file in this action shall be unsealed.

ORDER - 1
(C15-5565-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 28th day of July, 2020.

RONALD B. LEIGHTON
United States District Judge

Presented by:

KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Kayla.stahman@usdoj.gov

ORDER - 2
(C15-5565-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970