The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Michael George Daggett,<br><br>                Plaintiff,<br><br>                v.<br><br>Regional Toxicology Services, LLC d/b/a Sterling Reference Laboratories and Rocky Mountain Tox, LLC d/b/a Cordant Health Solutions,<br><br>                Defendants. | CASE NO. C15-5565-MJP<br><br>JOINT STIPULATION OF DISMISSAL<br><br>Noted for Consideration on:<br>October 21, 2020 |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the terms and conditions of the Settlement Agreement ("Settlement Agreement") and supplemental Side Letter signed by the United States; Sterling Healthcare Opco, LLC d/b/a/Cordant Health Solutions, acting as the corporate parent of Regional Toxicology Services, LLC and Rocky Mountain Tox, LLC ("Defendants"); and Relator Michael George Daggett, the United States and the Relator hereby stipulate, through their undersigned counsel, to the entry of an order dismissing the Complaint in its entirety *with* prejudice as to the Relator, and *with* prejudice to the United States only to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement, and with respect to

JOINT STIPULATION OF DISMISSAL- 1
CASE NO. C15-5565-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendants, ("Parties") only but otherwise *without* prejudice to the United States.

2. The dismissal is without prejudice to any rights that any party may have under the Agreement, including the government's right, in the event of default, to rescind the Agreement and bring any civil and/or administrative claim, action, or proceeding against Cordant and/or any of its subsidiaries.

3. Relator agrees that the amount and terms of the Settlement Agreement are fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

4. The Parties request that the Court retain jurisdiction over the matter to enforce the terms of the Settlement Agreement, should that become necessary.

5. The Parties further request that the Court enter an order in the form of the accompanying proposed order.

//

//

JOINT STIPULATION OF DISMISSAL- 2
CASE NO. C15-5565-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Dated this 21st day of October, 2020.

Respectfully submitted,

TESSA M. GORMAN
Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515


 *s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kayla.stahman@usdoj.gov

*Attorneys for the United States of America*


 *s/ Felix Gavi Luna*
FELIX GAVI LUNA, WSBA No. 27087
Peterson Wampold Rosato Luna Knopp
1501 4th Avenue, Suite 2800
Seattle, WA 98101
Ph. (206) 624-6800
luna@pwrlk.com


 *s/ Jonathan K. Tycko*
JONATHAN K. TYCKO
Tycko & Zavareei LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Tel: (202) 973-0900
jtycko@tzlegal.com

*Attorneys for Relator Michael George Daggett*

JOINT STIPULATION OF DISMISSAL- 3
CASE NO. C15-5565-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970