The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Michael George Daggett,<br><br>Plaintiff,<br><br>v.<br><br>Regional Toxicology Services, LLC d/b/a Sterling Reference Laboratories and Rocky Mountain Tox, LLC d/b/a Cordant Health Solutions,<br><br>Defendants. | CASE NO. C15-5565-MJP<br><br>ORDER DISMISSING COMPLAINT |

The Court, having considered the Stipulation of Dismissal filed by the United States and Relator Michael George Daggett, it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. The Parties having agreed to a settlement of certain claims raised in this matter;

2. All of the claims set forth in the Complaint shall be dismissed against all Defendants with prejudice to the Relator, and with prejudice to the United States to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement concluded among the United States, the Relator, and Defendants Regional Toxicology Services, LLC d/b/a Sterling Reference

Laboratories and Rocky Mountain Tox, LLC d/b/a Cordant Health Solutions, but otherwise without prejudice to the United States;

3. The dismissal is without prejudice to any rights that any party may have under the Agreement, including the government's right, in the event of default, to rescind the Agreement and bring any civil and/or administrative claim, action, or proceeding against Cordant and/or any of its subsidiaries; and

DATED this 22nd day of October, 2020.

_____
MARSHA J. PECHMAN
United States District Judge

Presented by:

s/ Kayla C. Stahman
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Kayla.stahman@usdoj.gov

s/ Felix Gavi Luna
FELIX GAVI LUNA, WSBA No. 27087
Peterson Wampold Rosato Luna Knopp
1501 4th Avenue, Suite 2800
Seattle, WA 98101
Ph. (206) 624-6800
luna@pwrlk.com

s/ Jonathan K. Tycko
JONATHAN K. TYCKO
Tycko & Zavareei LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Tel: (202) 973-0900
jtycko@tzlegal.com